AS    /4DFG

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

In re:  SHAWN GREGORY BYRD                                              Case No:  4:24-bk-11932 J

OBJECTION TO CONFIRMATION
OF INITIAL PLAN

    Comes now Mark T. McCarty, Chapter 13 Standing Trustee who would show the Court the following for which relief is sought. It is reasonably believed and the proof will show that the Chapter 13 petition and plan fail to comply with the following:

    1.  11 U.S.C. §1325(a)(6). The Debtor(s) will not be able to make all the payments or to comply with the plan.  **Debtor's budget schedules do not support the plan payment proposed. Updated Schedule I is needed to reflect current employment and income information.**

    WHEREFORE, the Trustee prays that the Debtor is given an opportunity to submit an amended plan within a reasonable period of time; or alternatively, confirmation of the plan is denied, and the case is dismissed; and for all other just, proper and equitable relief.

Dated:  8/12/2024

CHAPTER 13 TRUSTEE


    /s/  Mark T. McCarty

cc:    Shawn Gregory Byrd
       20 Water Oak Dr
       Conway, AR  72034

       John A. Flynn   (Noticed by ECF)
       P O Box 1344
       Cabot, AR  72023